Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
September 16, 2022

Name of Offender: **Carl Edward Belt**

Case Number:  **2:18CR00306**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **May 3, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **51 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **August 3, 2022**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **To the extent of the Probation Officer determines you are reasonably able to pay the costs of doing so, you must participate in an approved program for domestic violence.**

## CAUSE

On May 3, 2019, Carl Edward Belt was sentenced by your Honor to a term of 51 months custody followed by three (3) years of supervised release for the offense of Felon in Possession of a Firearm, a Class C Felony. Belt was released from custody on August 3, 2022, to which he commenced his supervision term in the District of Arizona.

Due to Belt's prior history of domestic violence, the District of Arizona respectfully requests that the above listed condition for a domestic violence program be included as part of Belt's special conditions. The District of Arizona states that this condition is to be added for Belt to remain in

RE: Carl Edward Belt

Prob12B
D/NV Form
Rev. June 2014

their district per their district's policy related to domestic violence. Belt is currently living with his child and the child's mother in Bullhead City, Arizona.

Belt is in agreement with the modification as evident by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release (Prob 49). Should the Court have any questions or need further information, the Probation Office will be available at the Court's discretion.

Respectfully submitted,

_____
Briana Casey
United States Probation Officer Assistant

Approved:

_____
Joy Gabonia
Supervisory United States Probation Officer

---

### THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

X   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

September 22, 2022
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

5. To the extent the probation officer determines you are reasonably able to pay the costs of doing so, you must participate in an approved program for domestic violence.

Witness _____ 9-8-22
U.S. Probation Officer

Signed _____
Probationer or Supervised Releasee

_____ 9-8-22
Date