# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Carl Edward Belt**

Case Number:  **2:18CR00306**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **May 3, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **51 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **August 3, 2022**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Possess Controlled Substance - You must not unlawfully possess a controlled substance.**

    On April 2, 2023, during a home visit at Belt's residence, United States Probation Officers for the District of Arizona observed a tray with marijuana residue in plain view. When Belt was asked if he had anything else, he provided a mason jar, a quart sized bag and two-gallon Ziploc bags filled with marijuana.

    Pursuant to 18 U.S.C. § 3583(g)(1) revocation is mandatory for possession of a controlled substance.

RE: Carl Edward Belt

Prob12C
D/NV Form
Rev. March 2017

2. **<u>Do Not Unlawfully Use Controlled Substance</u> - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   Belt tested positive for marijuana on the following dates:

   - October 21, 2022 (Belt admitted to using marijuana prior to submitting to a random urinalysis test)

   - December 4, 2022

   - January 30, 2023

   - April 11, 2023 (Belt submitted a positive drug test for marijuana. Belt signed an Admission Report that he last used marijuana on April 9, 2023)

   - April 26, 2023 (On April 25, 2023, Belt admitted to using marijuana on April 21, 2023)

RE: Carl Edward Belt

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 23, 2023**

*Nickie Pipilakis*
Digitally signed by Nickie Pipilakis
Date: 2023.05.23 13:24:27 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

*Todd Fredlund*
Digitally signed by Todd Fredlund
Date: 2023.05.23 11:00:50 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.
☐   The issuance of a warrant.
X   The issuance of a summons.
☐   Other:

*James C. Mahan*
Signature of Judicial Officer

May 24, 2023
Date

RE: Carl Edward Belt

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. CARL EDWARD BELT,  2:18CR00306

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
### May 23, 2023

On May 3, 2019, Carl Edward Belt was sentenced by Your Honor to a term of 51 months custody followed by three (3) years of supervised release for the offense of Felon in Possession of a Firearm. Belt was released from custody on August 3, 2022, to which he commenced his supervision term in the District of Arizona. Belt was residing in Bullhead City, Arizona with his child and the child's mother.

On September 22, 2022, Your Honor modified Belt's conditions to include a domestic violence program. Due to Belt's prior history of domestic violence, the District of Arizona required that this condition be added for Belt to remain in their district per their district's policy related to domestic violence. Belt successfully completed domestic violence counseling.

Belt was referred for a substance abuse treatment with Southwest Behavioral Health. On October 21, 2022, Belt admitted to using marijuana prior to submitting to a random urinalysis test. Belt submitted to two additional random urinalysis tests (December 4, 2022, and January 30, 2023) and both were positive for marijuana. Belt completed outpatient substance abuse treatment on January 3, 2023.

While Belt was in treatment, he and Probation discussed at length the consequences he could face if he continued to use marijuana. Although Belt acknowledged the potential consequences, he continued to use marijuana.

On April 2, 2023, during a home visit Belt admitted to his assigned probation officer that he has continued to use marijuana. His probation officer observed a tray with marijuana residue in plain view. When Belt was asked if he had anything else, he provided a mason jar, a quart sized bag and two-gallon Ziploc bags filled with marijuana. Belt agreed to discard all the marijuana. Belt's probation officer confirmed that this was completed.

On April 3, 2023, The District of Arizona informed the District of Nevada that they would no longer supervise Belt due to his continued non-compliance and ordered his return to the District of Nevada.

On April 10, 2023, the undersigned officer telephonically contacted Belt and directed him to report to the probation office in Las Vegas on Tuesday April 10, 2023. During the phone call, Belt admitted to the undersigned officer that he used marijuana as recently as April 9, 2023.

On April 11, 2023, Belt reported as directed and submitted a positive drug test for marijuana. Belt signed an admission report that he last used marijuana on April 9, 2023.

RE: Carl Edward Belt

Prob12C
D/NV Form
Rev. March 2017

On April 13, 2023, Your Honor modified his conditions requiring him to reside at the residential reentry center (RRC) in Las Vegas. On April 21, 2023, Belt began his 120-day placement at the RRC.

On April 25, 2023, Belt admitted to the undersigned officer to having used marijuana on April 21, 2023. Belt tested positive for marijuana on April 26, 2023, and April 29, 2023. His last drug test on May 15, 2023, was negative for all illicit substances.

As indicated in this report, Belt has tested positive for marijuana and admitted to such use on more than four (4) occasions within the past six (6) months. Pursuant to 18 U.S.C. § 3583 (g)(4) revocation is mandatory for testing positive for an illicit substance more than three (3) times in a 12-month period.

Pursuant to 18 U.S.C. § 3583(g)(1) revocation is mandatory for possession of a controlled substance in violation of the condition set forth in subsection (d). As detailed in this petition, Belt was in possession of marijuana when his probation officer contacted him at his residence on April 2, 2023.

At this time, our office is recommending an issuance of a summons for Belt to appear before Your Honor to show cause why supervised release should not be revoked.

Respectfully submitted,

Nickie Pipilakis
Digitally signed by Nickie Pipilakis
Date: 2023.05.23 13:25:35 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2023.05.23 11:01:11 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer